Courtroom Minute Sheet
## WAIVER OF INDICTMENT/PLEA PROCEEDINGS
## JUDGE RODNEY W. SIPPEL
### Courtroom 16South

Date  9/21/15              Case No.    4:14-CR-152-1 RWS
UNITED STATES vs.  Greg Sloan
Courtroom Deputy   Cheryl Ritter          Court Reporter   Shannon White
Interpreter  _____
AUSA:  James Delworth
Defendant's Counsel:   Matthew Schelp

**WAIVER/ARRAIGNMENT/PLEA:**
(  )   Defendant waives assistance of counsel   ▫ Waiver filed
(  )   Arraignment continued until _____ at _____ am/pm
(  )   Defendant signs waiver of indictment/consents to proceed by information
(  )   Information filed
(  )   Defendant waives reading of information
(  )   Defendant arraigned
(  )   Defendant enters plea of
            (  ) **Guilty**   (  ) **Not Guilty** to  Count _____ of the Indictment
(X)   By leave of Court, defendant withdraws former plea of not guilty and enters a plea of
      **Guilty** to Counts   1, 2 & 3   of the indictment
(X)   Plea Agreement filed.
(X)   The Court:
        (X)  adopts and approves   (  )  the Stipulation of Facts    (X)  Plea Agreement
        (  )  defers the adoption of   (  ) the Stipulation of Facts    (  )  Plea Agreement
(  )   Stipulation of Facts/Plea Agreement filed under seal
(X)   Sentencing date set for   December 18, 2015    at   11:00 am
(X)   Count   4   held in abeyance until sentencing.
(X)   Probation Officer present in courtroom
(X)   Defendant released on same conditions of bond previously imposed.


Proceedings commenced at    11:23 am     and concluded at    11:59 am